UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Byer Properties, L.P.**, a California Limited Partnership; <br> **Joel E. Quinones**; <br> **Cecilia R. Quinones**; and Does 1-10, <br><br> Defendants. | Case No. 4:18-CV-04240-HSG <br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and include November 6, 2018.

2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: October 24, 2018

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

1

ORDER Granting Joint Stipulation                    Case No. 4:18-CV-04240-HSG