UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br><br>    Plaintiff,<br><br> v.<br><br>**Byer Properties, L.P.,** a California limited partnership; **Joel E. Quinones; Cecilia R. Quinones;** and Does 1-10,<br><br>    Defendants. | Case No.: 4:18-cv-04240-HSG<br><br>**ORDER RELEASING PARTIES FROM GENERAL ORDER 56 INSPECTION** |

Upon review of the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the Parties may be alleviated of the duty to jointly inspect the subject property per General Order 56 as the remedial work will be completed by a date certain. The Parties must either file a Notice of Settlement or a Notice of Need for Mediation by or before December 18, 2018.

IT IS SO ORDERED.

Dated: November 8, 2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge